784 A.2d 1243

IN THE MATTER OF JAMES H. WOLFE,
III, AN ATTORNEY AT LAW.

November 27, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JAMES H. WOLFE, III,** of **ORANGE,** who was admitted to the bar of this State in 1979, and who was suspended from the practice of law for a period of three months effective June 4, 2001, by Order of this Court filed May 6, 2001, be restored to the practice of law, effective immediately.